```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PRAKASH MELWANI,                                                  :
                                                                  :
                              Plaintiff,                          :    23-CV-6976 (JMF)
                                                                  :
               -v-                                                :    ORDER
                                                                  :
KISS NAIL PRODUCTS, INC. et al.,                                  :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

       On August 16, 2023, the Court ordered Plaintiff to show cause why this action should not be transferred to the United States District Court for the Eastern District of New York. ECF No. 4. On August 30, 2023, Plaintiff filed a letter requesting an extension of Defendants' deadline to respond to the complaint and erroneously labeled that document as his "Response to Order to Show Cause" on the electronic case filing system. ECF No. 6. On August 31, 2023, the Court *sua sponte* granted Plaintiff an extension to properly respond to the Court's Order by September 4, 2023. ECF No. 8. To date, Plaintiff has failed to file any response. Accordingly, and for the reasons discussed in the Court's August 16, 2023 Order, *see* ECF No. 4, at 2-3, this case is hereby TRANSFERRED, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of New York.

       The Clerk of Court is directed to transfer the case and to close it in this Court. Plaintiff shall direct all future requests for extensions of filing deadlines to the judge assigned to this matter in the United States District Court for the Eastern District of New York.

       SO ORDERED.

Dated: September 8, 2023  
       New York, New York  

                                                                                    JESSE M. FURMAN  
                                                                                    United States District Judge